Opinion filed April 1, 1935.

W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Manuel Roberts, plaintiff in error. Gen. No. 38,003.

Opinion filed April 1, 1935.

W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Henry W. Gottschalk, appellee, v. Harold Shlensky, appellant. Gen. No. 38,028.

Opinion filed April 1, 1935. Rehearing denied and opinion slightly modified April 15, 1935.

Irving L. Block, for appellant. Edelson & Paullin, for appellee; Hyland J. Paullin and J. Henry Aronson, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Edward Ptacek, appellee, v. H. J. Coleman et al., defendants, on appeal of H. J. Coleman and H. J. Clark, appellants. Gen. No. 37,866.

Opinion filed April 1, 1935. Rehearing denied April 15, 1935.

Harry A. Biossat, for appellants. R. B. Salmon, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Walter J. McCoy, plaintiff in error. Gen. No. 37,877.

Opinion filed April 1, 1935.

W. G. Anderson, for plaintiff in error. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and Amos P. Scruggs, Assistant State's Attorneys, of counsel.

Mr. Justice Matchett delivered the opinion of the court.